UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 09-CR-129-03 (ESH) |
| vs. | * | |
| JONATHAN WRIGHT, | * | |
| Defendant. | * | |

**FILED**
MAY 14 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of the government's motion to dismiss the Indictment as to defendant JONATHAN WRIGHT with prejudice, it is

ORDERED that the motion is GRANTED. The indictment as to defendant JONATHAN WRIGHT is dismissed with prejudice, this 14 day of May, 2014.

_____
The Honorable Ellen S. Huvelle, Judge
United States District Court for the District of Columbia